# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ARTOSS, INC.,

        Plaintiff(s),

v.

ARTOSS GmbH, THOMAS GERBER and WALTER GERIKE,

        Defendant(s).

2:22-cv-1640-GMN-VCF

**ORDER**

Before the Court are Defendant Artoss GmbH's emergency motion to compel deposition of MPS consulting, LLC and motion for sanctions (ECF No. 1, 2), Defendant Artoss GmbH's emergency motion to compel deposition of MPA consulting, LLC and motion for sanctions (ECF No. 5, 6), and Defendant Artoss GmbH's motion for leave to file under seal its emergency motion to compel deposition of MPA consulting, LLC and motion for sanctions and to seal exhibits E, J-K, M-S, and V-W in the Appendix (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant Artoss GmbH's emergency motion to compel deposition of MPS consulting, LLC and motion for sanctions (ECF No. 1, 2), Defendant Artoss GmbH's emergency motion to compel deposition of MPA consulting, LLC and motion for sanctions (ECF No. 5, 6), and Defendant Artoss GmbH's motion for leave to file under seal its emergency motion to compel deposition of MPA consulting, LLC and motion for sanctions and to seal exhibits E, J-K, M-S, and V-W in the Appendix (ECF No. 19), must be filed on or before October 4, 2022.  Any reply must be filed on or before October 7, 2022.

IT IS FURTHER that a video conference hearing on Defendant Artoss GmbH's emergency motion to compel deposition of MPS consulting, LLC and motion for sanctions (ECF No. 1, 2), Defendant Artoss GmbH's emergency motion to compel deposition of MPA consulting, LLC and motion for sanctions (ECF

No. 5, 6), and Defendant Artoss GmbH's motion for leave to file under seal its emergency motion to compel deposition of MPA consulting, LLC and motion for sanctions and to seal exhibits E, J-K, M-S, and V-W in the Appendix (ECF No. 19), is scheduled for 10:00 AM, October 11, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, October 7, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 29th day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE