**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ARTOSS, INC., | |
| Plaintiff(s), | 2:22-cv-1640-GMN-VCF |
| v. | **ORDER** |
| ARTOSS GmbH, THOMAS GERBER and WALTER GERIKE, | |
| Defendant(s). | |

The court has reviewed Defendant Artoss GmbH's emergency motion to compel deposition of MPS consulting, LLC and motion for sanctions (ECF No. 1, 2), Defendant Artoss GmbH's emergency motion to compel deposition of MPA consulting, LLC and motion for sanctions (ECF No. 5, 6), and Defendant Artoss GmbH's motion for leave to file under seal its emergency motion to compel deposition of MPA consulting, LLC and motion for sanctions and to seal exhibits E, J-K, M-S, and V-W in the Appendix (ECF No. 19).

It does not seem as though the filings in this matter has been served on the other parties.

Under LR IC 4-1,

(a) Participation in the court's electronic filing system by registration and receipt of a login and password constitutes consent to the electronic service of pleadings and other papers under applicable rules, statutes, or court orders.

(b) Except as otherwise set forth in this rule, electronic transmission of the Notice of Electronic Filing constitutes service of a document on filers. Parties and attorneys who are not filers must be served conventionally under applicable Federal Rules, statutes, or court orders.

(c) Paper Service. Service of documents in paper form is required in the following circumstances, even if the document is electronically filed:

   (1) When the document is a summons, complaint, petition, or other document initiating a civil case, it must be served under applicable Federal Rules of Civil Procedure or court orders.

1

(2) When a document is a summons or warrant arising from an indictment, it must be served under applicable Federal Rules of Criminal Procedure.
(3) When a document is a subpoena, it must be served under applicable Federal Rules of Procedure.
(4) When a document is filed under seal. See LR IA 10-5.
(5) When a document is filed exclusively in paper form.
(6) When a document is served on non-filers.
(7) When the court orders otherwise.

Under LR IA 10-5(c), an attorney or pro se party who files a document under seal must include with the document either (i) a certificate of service certifying that the sealed document was served on the opposing attorneys or pro se parties, or (ii) an affidavit showing good cause why the document has not been served on the opposing attorneys or pro se parties.

Under LR IA 10-5(d), (d) documents filed under seal in a civil case must be served in accordance with LR IC 4-1(c).

Accordingly,

IT IS HEREBY ORDERED that defendant Artoss GmbH must comply with the LR IC 4-1, LR IA 10-5(c), and 10-5(d).

The Clerk of Court is directed to email copy of all the filings in this case to gfornwald@winthrop.com, cahmann@winthrop.com, challoran@winthrop.com, kag@skjlaw.com, wbarrett@christiansenlaw.com, including this order and ECF No. 22.

DATED this 30th day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE