JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jsmith@santoronevada.com

MARC J. PERNICK, ESQ. (*Pro Hac Vice* forthcoming)
**MAURIEL KAPOUYTIAN WOODS LLP**
450 Sansome Street, Suite 1005
San Francisco, California 94111
Tel.: (415) 738-6334
Email: mpernick@mkwllp.com

*Attorneys for Defendant ARTOSS GmbH*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARTOSS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTOSS GmbH, THOMAS GERBER and WALTER GERIKE, <br><br> Defendants. | Case No.: 2:22-cv-1640-GMN-VCF <br><br> **STIPULATION AND ORDER TO WITHDRAW WITHOUT PREJUDICE ARTOSS GmbH'S EMERGENCY MOTION TO COMPEL DEPOSITION OF MPA CONSULTING, LLC AND MOTION FOR SANCTIONS** <br><br> (Master case pending in District of Delaware, Case No. 1:20-cv-00741-RTD) |

WHEREAS ARTOSS GmbH filed an Emergency Motion to Compel Deposition of MPA Consulting, LLC ("MPA") and Motion for Sanctions (the "Motion") (ECF Nos. 1, 2) on September 27, 2022;

WHEREAS, on September 29, 2022, the Court ordered a briefing schedule for the Motion and a hearing on the Motion that is set to take place on October 11, 2022 (ECF No. 22);

WHEREAS ARTOSS GmbH and MPA have, since the Motion was filed, continued to meet and confer regarding the relief sought by ARTOSS GmbH in the Motion;

WHEREAS ARTOSS GmbH and MPA have reached a compromise regarding the relief sought by ARTOSS GmbH in the Motion; and

WHEREAS the parties agree that, until the deposition of MPA is completed, the Court

should retain jurisdiction over this matter for purposes of resolving any disputes regarding compliance or enforcement relating to the deposition of MPA;

IT IS HEREBY STIPULATED AND AGREED between ARTOSS GmbH and MPA that:

1. ARTOSS GmbH agrees to withdraw the Motion without prejudice. The dates set by the Court in its September 29, 2022 Order (ECF No. 22) may be vacated.

2. For purposes of resolving any disputes that may arise with respect to compliance or enforcement relating to ARTOSS GmbH's deposition of MPA, this matter remains open.

3. ARTOSS GmbH and MPA each reserve all their rights and defenses with respect to this matter and the Motion.

Dated this 4th day of October 2022.

*/s/ Jason D. Smith*
Jason D. Smith, Esq. (NBN 9691)
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: jsmith@santoronevada.com

Marc J. Pernick, Esq. (*Pro Hac Vice* forthcoming)
**MAURIEL KAPOUYTIAN WOODS LLP**
450 Sansome Street, Suite 1005
San Francisco, CA 94111
Tel.: (415) 738-6334
Email: mpernick@mkwllp.com

*Attorneys for ARTOSS GmbH*

Dated this 4th day of October 2022.

*/s/ Gerald J. Fornwald*
Gerald H. Fornwald (MN Bar No. 345647)
Chelsea A. Ahmann (MN Bar No. 0399146)
Cianna G. Halloran (MN Bar No. 0402841)
**WINTHROP & WEINSTINE, P.A.**
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
Tel: (612) 604-6400 / Fax: (612) 604-6800

Dated this 4th day of October 2022.

*/s/ Whitney J. Barrett*
Whitney J. Barrett, Esq. (NBN 13662)
**CHRISTIANSEN TRIAL LAWYERS**
710 S. 7th Street, Suite B
Las Vegas, NV 89101
Tel.: (702) 357-9977 / Fax: (866) 412-6992
Email: wbarrett@christiansenlaw.com

*Attorneys for MPA Consulting, LLC*

Email: gfornwald@winthrop.com
cahmann@winthrop.com
challoran@winthrop.com

Kelly A. Green (DE Bar No. 4095)
**SMITH KATZENSTEIN & JENKINS LLP**
1000 West Street, Suite 1501
Wilmington, DE 19801
Tel.: (302) 652-8400
Email: kag@skjlaw.com

*Attorneys for Artoss, Inc.*

IT IS HEREBY ORDERED that the video conference hearing scheduled for 10:00 AM, October 11, 2022, is VACATED.

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10-6-2022