MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Non-Party MPA Consulting, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTOSS, INC., | Case No.: 2:22-cv-01640-GMN-VCF |
| Plaintiff, | |
| | **SUBSTITUTION OF ATTORNEYS** |
| ARTOSS GmbH THOMAS GERBER and WALTER GERIKE, | |
| Defendants. | |

Non-party MPA Consulting, Inc., substitutes Dan McNutt, Esq. and Matt Wolf, Esq, of the MCNUTT LAW FIRM, P.C., whose address is 11441 Allerton Park Drive, Suite 100, Las Vegas, Nevada 89135, telephone number (702) 384-1170, as attorney of record in place and stead of Peter Christiansen, Esq. and Whitney Barrett, Esq. of CHRISTIANSEN TRIAL LAWYERS.

///

///

1

1  I hereby consent to the above substitution.
2  DATED October 10, 2022.

MPA Consulting, LLC

By: /s/ Lori Nagle

Its: _____

7  DATED October 10, 2022.

CHRISTIANSEN TRIAL LAWYERS

*/s/ Whitney Barrett*
Whitney Barrett, Esq., Bar No. 13662
710 South Seventh Street, Suite B
Las Vegas, Nevada 89101

14  DATED October 10, 2022.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
*Counsel for Non-Party MPA Consulting, LLC*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-11-2022

2

**CERTIFICATE OF SERVICE**

The undersigned is an employee of McNutt Law Firm, P.C. and certifies that under Fed. R. Civ. P. 5, on October 10, 2022, I served a true and correct copy of **SUBSTITUTION OF ATTORNEYS** by mailing a copy by United States Postal Service, postage prepaid, via email, or via electronic mail through the United States District Court's CM/ECF system.

*/s/ Lisa Heller*
An Employee of McNutt Law Firm, P.C.

3